UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEVERLY LOEW,

                *Petitioner*,

    - against -

                03 Civ. 5064 (RCC)

JOSEPH I. KOLB, GLOBAL DIRECT
FINANCIAL SERVICES LLC, and GLOBAL
SECURITIES SERVICE HOLDING, INC.,

                *Respondents*.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2012

---

## FINAL SATISFACTION OF JUDGMENT AS AGAINST RESPONDENT JOSEPH I. KOLB

---

JOSEPH I. KOLB, PRO SE
21 Dickinson Court
Red Bank, New Jersey 07701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BEVERLY LOEW,

                         *Petitioner*,    03 Civ. 5064 (RCC)

      *- against -*

JOSEPH I. KOLB, GLOBAL DIRECT    **FINAL SATISFACTION OF**
FINANCIAL SERVICES LLC, and          **JUDGMENT AS AGAINST**
GLOBAL SECURITIES SERVICE           **RESPONDENT JOSEPH I. KOLB**
HOLDING, INC.,

                       *Respondents.*
-------------------------------------------------------x

        **WHEREAS**, in the above-captioned action in the United States District Court for the Southern District of New York, a judgment was filed on September 30, 2003 and entered on the docket on October 9, 2003, in favor of the Petitioner, BEVERLY LOEW, and against the Respondents, JOSEPH I. KOLB, GLOBAL DIRECT FINANCIAL SERVICES LLC and GLOBAL DIRECT SECURITIES SERVICE HOLDING, INC., for the sum of $323,949.06 (the "Judgment"); and

        **WHEREAS**, the Judgment as against respondent GLOBAL DIRECT FINANCIAL SERVICES LLC only has been FULLY satisfied by its payment of the sum of $262,500.00, and no portion of the Judgment remains unpaid as against respondent GLOBAL DIRECT FINANCIAL SERVICES LLC;

        **WHEREAS**, petitioner BEVERLY LOEW executed a PARTIAL release of the Judgment in the sum of $20,000.00 as against respondent JOSEPH I. KOLB in December 2004;

        **WHEREAS**, petitioner BEVERLY LOEW has executed a FINAL release of the Judgment in the sum of $41,449.06, together with all interest that has accrued on that sum since

December 2004, as against respondent JOSEPH I. KOLB;

**AND WHEREAS** it is certified that there are no outstanding executions with any marshal or sheriff within the State of New York or any other jurisdiction;

**THEREFORE**, FINAL satisfaction of the Judgment as against respondent JOSEPH I. KOLB in the sum of $41,449.06, together with all interest that has accrued on that sum since December 2004, is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of FINAL satisfaction on the docket of the Judgment as against respondent JOSEPH I. KOLB.

Dated: December 28, 2011

_____
BEVERLY LOEW

## Acknowledgment

COMMONWEALTH OF MASSACHUSETTS )
                              : ss.:
COUNTY OF NORFOLK   December )

On this 28 day of ~~June~~ December in the year 2011, before me, the undersigned, a Notary Public in and for said Commonwealth, personally appeared BEVERLY LOEW, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within FINAL SATISFACTION OF JUDGMENT AS AGAINST RESPONDENT JOSEPH I. KOLB and acknowledged to me that she executed the within FINAL SATISFACTION OF JUDGMENT AS AGAINST RESPONDENT JOSEPH I. KOLB and that by her signature on the within FINAL SATISFACTION OF JUDGMENT AS AGAINST RESPONDENT JOSEPH I. KOLB, BEVERLY LOEW, the person on behalf of which BEVERLY LOEW acted, executed the within FINAL SATISFACTION OF JUDGMENT AS AGAINST RESPONDENT JOSEPH I. KOLB.

_____
Ellen M Robertson
Notary Public  expires June 8, 2018

## FINAL RELEASE OF JUDGMENT

This FINAL RELEASE OF JUDGMENT dated as of December 28, 2011 ("this Release") is made by BEVERLY LOEW, an individual residing at 3650 South Glebe Road, Unit 340, Arlington, Virginia 22202, formerly residing at 62 Mirimichi Street, Plainville, Massachusetts 02762, as releasor ("Releasor"), in favor of judgment debtor JOSEPH I. KOLB, an individual on information and belief residing at 21 Dickinson Court, Red Bank, New Jersey 07701, and formerly residing at 2362 Harrison Drive, Dunedin, Florida 34698 and 25 The Trail, Middletown, New Jersey 07748, as releasee ("Releasee").

In consideration of Releasor's inability to enforce an outstanding judgment debt in the amount of FORTY-ONE THOUSAND FOUR HUNDRED FORTY-NINE DOLLARS AND SIX CENTS ($41,449.06), together with all interest that has accrued on that amount since December 2004, against Releasee, and Releasee's apparent unwillingness to satisfy such judgment debt, and intending to be legally bound hereby, Releasor and any of her present or former parents, subsidiaries, affiliates, liquidators, shareholders, trustees, members, officers, directors, employees, contractors, attorneys, agents, representatives, heirs, executors, administrators, predecessors, successors or assigns hereby FULLY AND FINALLY RELEASES AND DISCHARGES Releasee, and each of his present and former parents, subsidiaries, affiliates, liquidators, shareholders, trustees, members, officers, directors, employees, contractors, attorneys, agents and representatives and their respective heirs, executors, administrators, predecessors, successors and assigns (collectively, the "Related Parties"), from said judgment debt in the amount FORTY-ONE THOUSAND FOUR HUNDRED FORTY-NINE DOLLARS AND SIX CENTS ($41,449.06), together with all interest that has accrued on that amount since December 2004, at which time Releasor executed a PARTIAL RELEASE AND DISCHARGE

OF JUDGMENT in favor of Releasee.

This Release is governed by and shall be construed in accordance with the laws of the State of New York, without regard to conflicts of law principles.

Releasor acknowledges and represents that she has read this Release; that she fully understands the terms of this Release and its legal consequences; and that she freely and voluntarily accepts the terms of this Release.

This Release may not orally be changed.

IN WITNESS WHEREOF, the undersigned has executed this Release as of the day and date written above.

_____
BEVERLY LOEW

### ACKNOWLEDGMENT

COMMONWEALTH OF MASSACHUSETTS )
                                : ss.:
COUNTY OF NORFOLK               )

On this 28 day of December in the year 2011, before me, the undersigned, a Notary Public in and for said Commonwealth, personally appeared BEVERLY LOEW, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within FINAL RELEASE OF JUDGMENT, and acknowledged to me that she executed the within FINAL RELEASE OF JUDGMENT in her individual capacity, and that by her signature on the within FINAL RELEASE OF JUDGMENT, BEVERLY LOEW, the person on behalf of which BEVERLY LOEW acted, executed the within FINAL RELEASE OF JUDGMENT.

_____
Notary Public  expires June 8, 2018